**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

OSCAR CASTRO-GOMEZ                                                    PLAINTIFF

v.                                    **4:09CV00381-WRW**

FAULKNER COUNTY, ARKANSAS, *et al.*                          DEFENDANTS

**AMENDED ORDER**[1]

Pending is Plaintiff's Motion for Default Judgment (Doc. No. 2). Defendants Faulkner County Arkansas, Karl Byrd, John Randall, and Bobby Brown ("Defendants") have responded.[2] Also pending is Defendants' Motion For Leave to File Answer Out of Time (Doc. No. 5).

Defendants' filed their Motion for Leave to File Answer Out of Time two days after the answer was due. Defendants' Motion explained the delay in filing the answer. The delay does not appear to have been a willful violation of court rules. Because Defendants filed their Motion just two days after the answer was due, and because Defendants' failure to file did not appear to be an intentional delay, Defendants' Motion (Doc. No. 5) is GRANTED, and Plaintiff's Motion is DENIED as to Defendants Byrd, Randall, and Brown.

IT IS SO ORDERED this 31st day of July, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]This Order has been Amended only to include Defendant Faulkner County, Arkansas, which was inadvertently omitted from the previous Order. Doc. No. 7.

[2]Doc. No. 4.